Natalia D. Asbill-Bearor, SBN: 281860
ASBILL LAW GROUP, APLC
100 Howe Ave., Suite 135S
Sacramento, CA 95825
Telephone: (916) 438-7777
Facsimile: (916) 403-5199
natalia@asbilllaw.com

Attorneys for Plaintiff
ERWIN RELOS

Craig E. Lindberg, SBN: 150778
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, CA 92614
Telephone: (949) 862-4678
Facsimile: (901) 492-5641

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERWIN RELOS<br><br>        Plaintiff,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC, and DOES 1-25<br><br>        Defendants. | **Case No.: 2:25-cv-01361-DJC-JDP**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

STIPULATION FOR DISMISSAL

Asbill Law Group
100 Howe Ave.
Suite 135S
Sacramento, CA 95825
916.438.7777
www.asbilllaw.com

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal with Prejudice of this action, including all claims stated herein against all parties, with each party bearing its own attorney's fees and costs.

Respectfully Submitted,

Dated:  May 26, 2026                          ASBILL LAW GROUP, A PROFESSIONAL
                                              LAW CORPORATION

                                                  */s/ Natalia Asbill-Bearor*
                                              By: _____
                                                  NATALIA ASBILL-BEAROR
                                                  Attorneys for Plaintiff SARA ROEDER

Dated:  May 26, 2026                          FEDERAL EXPRESS CORPORATION


                                              (As Authorized on May 26, 2026)

                                                  */s/ Craig E. Lindberg*
                                              By: _____
                                                  CRAIG E. LINDBERG
                                                  Attorneys for Defendant FEDERAL
                                                  EXPRESS CORPORATION

**IT IS SO ORDERED.**

Dated:  May 26, 2026                 /s/ Daniel J. Calabretta
                                     _____
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE

Asbill Law Group
100 Howe Ave.
Suite 135S
Sacramento, CA 95825
916.438.7777
www.asbilllaw.com

-2-
STIPULATION FOR DISMISSAL